# Exhibit A

1327

**Plaintiff** Jaunell Dedeaux, as Representative of the Estate of Dorothy Ambrose,  **Address** 212 Lynn Circle  Pass Christian, MS 39571

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
DS Corp. d/b/a CrossRoads RV, Inc.
Bechtel National, Inc

---

**Plaintiff** Theresa Carswell (205820)  **Address** 1367 BlueMeadow Rd  Apt 1 Bay St. Louis, MS 39520

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
DS Corp. d/b/a CrossRoads RV, Inc.
Bechtel National, Inc

---

**Plaintiff** Tanya Cecil (202250)  **Address** 5319 Courtney Avenue  Pass Christian, MS 39571

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
DS Corp. d/b/a CrossRoads RV, Inc.
Bechtel National, Inc

---

**Plaintiff** Terry Cox (205360)  **Address** 6069 West Lincoln  Bay St. Louis, MS 39520

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
DS Corp. d/b/a CrossRoads RV, Inc.
Bechtel National, Inc

---

**Plaintiff** Richelle Dedeaux (203378)  **Address** 19563 Saucier Lizana Road  Saucier, MS 39574

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
DS Corp. d/b/a CrossRoads RV, Inc.
Bechtel National, Inc

# Exhibit A

**Plaintiff** Judy James, as Next Friend of Tyranni Dedeaux, a minor (202958)  
**Address** 212 Lynn Circle  Pass Christian, MS 39571

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
DS Corp. d/b/a CrossRoads RV, Inc.
Bechtel National, Inc

---

**Plaintiff** Patsy Deogracias (209070)  
**Address** 367 Chapman Road  Bay St. Louis, MS 39520

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
DS Corp. d/b/a CrossRoads RV, Inc.
Bechtel National, Inc

---

**Plaintiff** Kimberly Eaton (215578)  
**Address** 8081 Hancock Dr.  Bay St. Louis, MS 39520

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
DS Corp. d/b/a CrossRoads RV, Inc.
Bechtel National, Inc

---

**Plaintiff** Alex Green (209015)  
**Address** 520 Vine Dr. Apt. 6G  Flowood, MS 39232

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
DS Corp. d/b/a CrossRoads RV, Inc.
Bechtel National, Inc

---

**Plaintiff** Ronald Green (209037)  
**Address** 520 Vine Drive Apt. 6G  Flowood, MS 39232

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
DS Corp. d/b/a CrossRoads RV, Inc.
Bechtel National, Inc

# Exhibit A

**Plaintiff** Judy James (203089)　　　　　　　**Address** 212 Lynn Circle  Pass Christian, MS 39571

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
　　　DS Corp. d/b/a CrossRoads RV, Inc.
　　　Bechtel National, Inc

---

**Plaintiff** Krystle James (203090)　　　　　　**Address** 212 Lynn Circle  Pass Christian, MS 39571

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
　　　DS Corp. d/b/a CrossRoads RV, Inc.
　　　Bechtel National, Inc

---

**Plaintiff** Fay Johnson (209083)　　　　　　　**Address** 422 Herlihy Street  Waveland, MS 39576

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
　　　DS Corp. d/b/a CrossRoads RV, Inc.
　　　Bechtel National, Inc

---

**Plaintiff** Rudolph Kennedy (201379)　　　　　**Address** 215 Seal Avenue  Pass Christian, MS 39571

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
　　　DS Corp. d/b/a CrossRoads RV, Inc.
　　　CH2M Hill Construction, Inc

---

**Plaintiff** James Mcphearson (211338)　　　　**Address** 503 Ulman Street  Waveland, MS 39576

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
　　　DS Corp. d/b/a CrossRoads RV, Inc.
　　　Bechtel National, Inc

# Exhibit A

**Plaintiff** Sharon Mcphearson (211339)  **Address** 503 Ulman Street  Waveland, MS 39576

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
 DS Corp. d/b/a CrossRoads RV, Inc.
 Bechtel National, Inc

---

**Plaintiff** Loretta Necaise (208931)  **Address** 520 Vine Drive Apt. 6G  Flowood, MS 39232

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
 DS Corp. d/b/a CrossRoads RV, Inc.
 Bechtel National, Inc

---

**Plaintiff** Nicholas Necaise (209379)  **Address** 520 Vine Drive Apt. 6G  Flowood, MS 39232

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
 DS Corp. d/b/a CrossRoads RV, Inc.
 Bechtel National, Inc

---

**Plaintiff** Moira Nix (208928)  **Address** 48138 Thorn Hill Lane Apt. 10 Tickfaw, LA 70466

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
 DS Corp. d/b/a CrossRoads RV, Inc.
 Bechtel National, Inc

---

**Plaintiff** Jamie William, as Next Friend of Biana Peterson, a minor (205962)  **Address** 701 Carroll Avenue  Bay St. Louis, MS 39520

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
 DS Corp. d/b/a CrossRoads RV, Inc.
 Bechtel National, Inc

# Exhibit A

**Plaintiff** Jamie Williams, as Next Friend of John Peterson, a minor (205963)  
**Address** 701 Carroll Avenue  Bay St. Louis, MS 39520

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
DS Corp. d/b/a CrossRoads RV, Inc.
Bechtel National, Inc

---

**Plaintiff** Angela Saucier (200602)  
**Address** 5319 Courtney Avenue  Pass Christian, MS 39571

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
DS Corp. d/b/a CrossRoads RV, Inc.
Bechtel National, Inc

---

**Plaintiff** Clara Saucier (203597)  
**Address** 24 Royal Circle  Pass Christian, MS 39571

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
DS Corp. d/b/a CrossRoads RV, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Clara Saucier, as Next Friend of Derrick Saucier, a minor (203598)  
**Address** 24 Royal Circle  Pass Christian, MS 39571

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
DS Corp. d/b/a CrossRoads RV, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Earl Saucier (200605)  
**Address** 5319 Courtney Avenue  Pass Christian, MS 39571

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
DS Corp. d/b/a CrossRoads RV, Inc.
Bechtel National, Inc

# Exhibit A

**Plaintiff** Kelly Saucier (200606)          **Address** 5319 Courtney Avenue  Pass Christian, MS 39571

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
  DS Corp. d/b/a CrossRoads RV, Inc.
  Bechtel National, Inc

---

**Plaintiff** Felicia Thomas (210695)          **Address** 503 Ulman Street  Waveland, MS 39576

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
  DS Corp. d/b/a CrossRoads RV, Inc.
  Bechtel National, Inc

---

**Plaintiff** Patricia Ward (215237)          **Address** 4148 Caspain Street  Bay St. Louis, MS 39520

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
  DS Corp. d/b/a CrossRoads RV, Inc.
  Bechtel National, Inc

---

**Plaintiff** Jamie Williams, as Next Friend of   **Address** 701 Carroll Avenue  Bay St. Louis, MS 39520
         Conner William, a minor (205964)

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
  DS Corp. d/b/a CrossRoads RV, Inc.
  Bechtel National, Inc

---

**Plaintiff** Phillip Willis (209084)          **Address** 422 Herlihy Street  Waveland, MS 39576

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
  DS Corp. d/b/a CrossRoads RV, Inc.
  Bechtel National, Inc

# Exhibit A

**Plaintiff** Timothy Winslow (215293)     **Address** 4148 Caspain Street  Bay St. Louis, MS 39520

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
DS Corp. d/b/a CrossRoads RV, Inc.
Bechtel National, Inc